

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Harlan Ellison | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 09-1777 CAS (CWx) |
| v. | |
| CBS-Paramount Inc., and Writers Guild of America | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☑ **FOR DISCOVERY**<br>☐ PER GENERAL ORDER 05-07 |
| DEFENDANT(S). | |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of __investment interest in interested party.__

HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 08-05.

March 16, 2009
Date

_Carla M. Woehrle_
United States Magistrate Judge

---

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge __Frederick F. Mumm__. On all documents subsequently filed in this case, substitute the initials __FFM__ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: __CV 09-1777 CAS(FFMx)__.

This is very important because documents are routed to the Magistrate Judge by means of the initials.

cc: ☐ *Previous Magistrate Judge*

CV-110 (05/08)      ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE