

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harlan Ellison,<br><br>PLAINTIFF(S)<br><br>v.<br><br>CBS-Paramount, Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-1777 CAS (FFMx)<br><br>**ORDER TO REASSIGN CASE<br>UPON RECUSAL OF MAGISTRATE JUDGE**<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 194 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of _ownership of stock in defendant_,

HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 224, and

July 31, 2009
Date

/S/ FREDERICK F. MUMM
United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge __Carolyn Turchin__.
On all documents subsequently filed in this case, substitute the initials __CT__ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: __CV 09-01777 CAS(CTx)__.

This is very important because documents are routed to the Magistrate Judge by means of the initials.

CV-110 (07/05)   ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE